UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MURILLO, IRMA BERRIOS, and MARINA MURILLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOODLEAP, LLC; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 2:23-cv-09382-HDV-MAA<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE ORDER |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED that the Stipulated Protective Order (ECF No. 35) submitted to the Court on May 6, 2024 is entered.

DATED: May 8, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. MARIA A. AUDERO
　　　　　　　　　　　　　　　　　United States Magistrate Judge